**RECEIVED**

AUG 1 0 2006

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

WALTER WELLS
_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

RICHARD M. Daley
MICHAEL J. WILSON

06CV4337
JUDGE KENDALL
MAGISTRATE JUDGE DENLOW

Case _____
(To be supplied by the Clerk of this Court)

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

_____ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
U.S. Code (state, county, or municipal defendants)

_____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

_____ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

A. Name: WALTER WELLS

B. List all aliases: _____

C. Prisoner identification number: B05855

D. Place of present confinement: DIXON CORRECTIONAL

E. Address: 2600 BRINTON AVE, DIXON IL 61024

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: RICHARD M. DALEY, MICHAEL J. Wilson

Title: MAYOR,

Place of Employment: CITY OF CHICAGO

B. Defendant: MICHAEL J. WILSON

Title: ATTORNEY

Place of Employment: CITY OF CHICAGO

C. Defendant: _____

Title: _____

Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

III. **Exhaustion of Administrative Remedies**

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A. Is there a grievance procedure available at your institution?

YES ( ) NO (X) If there is no grievance procedure, skip to F.

B. Have you filed a grievance concerning the facts in this complaint?

YES (X) NO ( )

C. If your answer is **YES**:

1. What steps did you take?

FILED PAUPERIS APPLICATION, & COMPLIANT ON TWO SEPARATE OCCASIONS

2. What was the result?

THE COMPLAINTS WERE RETURNED

3. If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)

NO

THE GRIEVANCE HAS NOT BEEN HEARD. THE COMPLAINT WAS RETURNED

D. If your answer is **NO**, explain why not:

THE GREVANCE HAS NOT BEE HEARD THE COMPLAINT WAS RETURNED

3

E.     Is the grievance procedure now completed? YES ( ) NO (✓)

F.     If there is no grievance procedure in the institution, did you complain to authorities? YES ( ) NO (✓)

G.     If your answer is **YES**:

       1.    What steps did you take?

       2.    What was the result?

H.     If your answer is **NO**, explain why not:

I AM FILING THE COMPLAINT. A GRIEVANCE WAS FILED BUT TO NO AVAIL.

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

    A. Name of case and docket number: _____

    B. Approximate date of filing lawsuit: _____

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

    D. List all defendants: _____

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

    F. Name of judge to whom case was assigned: _____

    G. Basic claim made: _____

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

    I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

V. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

United States District Court

Complaint

1. Now Comes the Plaintiff Walter Wells seeking damages of the court for damages to property by Richard Daley, Defendant by callable negligent the plaintiff's property.

2. On our about November of 1990, Bureau of Sanitation entered and caused damages to defendant rear retention wall by ramming the wall with a front end loader and plaintiff 1975 Buick Electra 225, causing $500,000.00 in damages.

3. On or about April, Bureau of Sanitation's Front end loader damages side fences doing $500,000.00 in damages to 200 hundred foot of wrought iron fence.

4. Plaintiff has been victimized by municipal government by the damage of 33 value automobiles, sold to him by City of Chicago police officers and taken from fenced in property.

5. Plaintiff 3 flat home was demolished by Richard Daley, after plaintiff was assured that it would not be damaged by city court order to demolish 551 W 124th Street. Damages accessed exceed $124.5 million dollars.

6. Richard Daley violate Walter Wells Fourteen and fifteen amendment right with circumvent destruction of individual rights to property and has relocated Walter Wells to State of chatted in Judicial Enior as (Dred Scott 1856) and black laws of

6

the State Illinois February 15, 1859 – Mose Rockford Case of Property Demolish in Spring 1997.

7. Now comes Richard Daley to take Walter Wells by right of tax deed no 05 coto 542.

8. Plaintiff seeks court injunction relief to halt in transfer of property by tax deed on 5/11/06 without due process

**VI.	Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

(1) ATTORNEY APPOINTMENT TO REPRESENT Walter Wells

(2) REVIEW OF CASE

(3) AWARD DAMAGES

(4) HALT TRANSFER OF PROPERTY DEED

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _____ day of _____, 20 ____

_____
(Signature of plaintiff or plaintiffs)

_____
(Print name)

_____
(I.D. Number)

_____

_____
(Address)

8